S. LANE TUCKER
United States Attorney

WILLIAM A. TAYLOR
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: william.taylor@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>PANOS ANASTASIOU,<br><br>　　　　　Defendant. | No. 3:24-cr-00099-SLG-KFR |

**NOTICE OF INTENT TO SEEK DETENTION HEARING**

Comes now the United States of America and advises this Court that it will move for a hearing to determine whether the defendant should be detained pending trial. A hearing is appropriate because the case involves:

- A serious risk that the defendant will flee, because he has a demonstrated history of disregard for the authority of federal courts and will be unlikely to obey court orders. 18 U.S.C. § 3142(f)(2)(A).

- A serious risk that the defendant will obstruct or attempt to obstruct justice, or

threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate, a prospective witness or juror, because he exposes a persistent and obsessive desire to cause harm to his victims and encourage others to harm the victims as well. 18 U.S.C. § 3142(f)(2)(B).

**I.      Background**

The defendant in this case has been indicted for threating to assault, kidnap, and murder six Justices of the United States Supreme Court and some of their family members. He began sending concerning messages to the United States Supreme Court in the spring of 2023. The United States Supreme Court Police reviewed the messages and deemed them concerning enough to warrant an investigation. FBI agents in Anchorage assisted in contacting the defendant to discuss the messages. After this contact, the defendant sent a message to the Supreme Court referencing the FBI interview and "daring" the Justices to personally visit his house.

The messages continued throughout 2023 and then took an even more violent turn in January 2024. Excepts from some of the messages include:

> **January 4, 2024:** "I'd like to see [Former President 1 and Supreme Court Justice 1] hanging together from an Oak tree. I'd gladly provide the rope and pull the handle."
>
> **May 10, 2024:** "Subject: N***** [Supreme Court Justice 1]", "I'd like to see you have a real lynching and I'll donate the tree and pull the lever… you worthless piece of n***** shit."[1]
>
> **May 16, 2024:** "I would have had NO reservations about walking up to

---

[1] Partial redaction not in the original.

U.S. v. Anastasiou
3:24-cr-00099-SLG-KFR

Page 2 of 5
Case 3:24-cr-00099-SLG-KFR    Document 5    Filed 09/18/24    Page 2 of 5

[Supreme Court Justice 2] and not asking him to take it down but to put a BULLET in this mother fuckers head."

**May 17, 2024:** "I'm going to call and urge my fellow Vietnam veterans… to drive by the [Supreme Court Justice 2]'s house with their AR15's and when fucking [Supreme Court Justice 2] and his fucking PIECE OF SHIT CUNT WIFE are HOME spray the home of these disrespectful mother fuckers with hundreds of rounds… hopefully killing these SCUMBAG COCKSUCKERS. Hopefully N***** [Supreme Court Justice 1] and his white trailer trash n***** loving insurrectionist wife are visiting."

**June 18, 2024:** "I don't want to see these two corrupt mother fuckers assassinated… I'd like to see them TORTURED worse than Kim Jung Un would torture his own family. You know, like putting electrodes up their ass and on their balls, needles under their finger nails, pulling their teeth with pliers, etc etc. Make these SCUMBAGS beg for their lives."

**July 1, 2024:** "ASSASSINATING THESE COCKSUCKERS IS THE ONLY PANACEA… that includes the CONVICTED CRIMINAL, [Former President 1]. Again as an AMERICAN and to defend the constitution and democracy I want the assassinations by any ENTITY of the government or even a PATRIOTIC AMERICAN to commence. And PLEASE start with the assassination of the N***** and HERMAPHRODITE. As a Vietnam veteran and if I had the means and way I'd assassinate them myself. These fuckers are NOT ABOVE THE LAW."

**July 3, 2024:** "WE NEED MASS ASSASSINATIONS. If you're corrupt you're corrupt… don't give us this official and unofficial bullshit. You mother fuckers are UNELECTED and Americans have no trust in you. The internet is abuzz with Americans clamoring for your ASSASSINATIONS. We need to assassinate you fuckers and put your heads on a pike and use them as soccer balls. I want to be the first to kick [Supreme Court Justice 6] head down Pennsylvania Ave. You don't want to ask me what I'd like to do to the N***** and [Supreme Court Justice 2]."

**July 5, 2024:** "We should make [Supreme Court Justices 1-6] be AFRAID very AFRAID to leave their home and fear for their lives everyday."

The defendant repeatedly threatens "lynching" and encouraging others to participate in violence against the Supreme Court, including that assassination is "patriotic". He also pleads for the messages to be sent directly to the victims themselves.

## II. Factors in Support of Detention

### a. Nature and Circumstances of the Offense

The defendant's threats are extreme and repeated. His racist, homophobic, vile rhetoric is meant to intimidate high level government officials from carrying out their official duties. He threatens their family members as well, and continued and escalated his behavior even after he was visited by the FBI.

### b. Weight of the Evidence

The evidence of guilt is overwhelming. The defendant has admitted to sending the messages, the IP information leads to his house, and the email address contains the defendant's name.

### c. History and Characteristics of the Person

The defendant has a history of threatening public officials, similar threats sent to the governor of another state. It is notable that the defendant increased his violent rhetoric even after the FBI visited him at his home. In one message he made clear his disdain for federal judges in general saying, "one of the reasons I have such profound contempt for federal judges is based upon my own experience with the Ninth Circuit." This creates doubt as to whether he will follow any conditions imposed on him by a federal judge.

### d. Nature and Seriousness of the Danger Posed to Any Person or Community

The defendant poses a risk of continuing to threaten federal officials, including the victims who witnessed his offense, if released into the community. There is also a danger he may wish to carry out some form of violence towards those he has previously threatened,

or those who he has political or personal disagreements with. In the past he showed that he held the victims in this case personally responsible for the FBI contacting him.

RESPECTFULLY SUBMITTED September 18, 2024 at Anchorage, Alaska.

S. LANE TUCKER
United States Attorney

/s William A. Taylor
WILLIAM A. TAYLOR
Assistant United States Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2024 a true and correct copy of the foregoing was served electronically on all counsel of record.

/s William A. Taylor

U.S. v. Anastasiou
3:24-cr-00099-SLG-KFR

Page 5 of 5
Case 3:24-cr-00099-SLG-KFR   Document 5   Filed 09/18/24   Page 5 of 5